# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida
### Tampa Division

Melanie D. DeJean

Case No. 8:22-cv-00461-KKM-TGW

*Plaintiff,*

-v-

Gary C. Kelly

*Defendant*



Plaintiff motions to this court for an entry of default judgment against Defendant of this matter for failure to answer as required by law. For those reasons, good cause exist to grant this motion for relief demanded in the complaint.

Respectfully submitted,
this 19th day of April, 2022

Melanie D. DeJean
M.D.

Plaintiff